

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.   16-2452M                                          Date   December 14, 2016

Title      United States v. Starks

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒   will appear for further proceedings as required if released.

☒   will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒   Allegations in petition

☐   Lack of bail resources

☐   No stable residence or employment

☐   Ties to foreign countries

☐   Previous failure to appear or violations of probation, parole, or release

☒   Nature of previous criminal convictions

☒   Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 16-2452M | Date | December 14, 2016 |
|---|---|---|---|
| Title | United States v. Starks | | |

☐ Already in custody on state or federal offense

☒ Refusal to interview with Pretrial Services

☒ Drunk driving accidents as alleged in petition

☒ Defendant submitted to detention

\* \* \*

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.